Submitted June 6, reversed July 16, 2008

In the Matter of M. S.,
Alleged to be a Mentally Retarded Person.
STATE OF OREGON,
*Respondent,*

*v.*

M. S.,
*Appellant.*

Yamhill County Circuit Court
M0707; A135159

190 P3d 385

Thomas A. Coleman submitted the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Justice J. Rillera, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

In this involuntary commitment case, the trial court found appellant to be mentally retarded and subject to involuntary commitment because his retardation caused him to be a danger to himself and others, as well as unable to provide for his basic personal needs. ORS 427.215; ORS 427.290. On appeal, appellant contends that the record contains insufficient evidence to support the order of involuntary commitment. The state concedes that the record is legally insufficient to prove the grounds for commitment. On *de novo* review, ORS 19.415(3); *State v. Neal*, 150 Or App 432, 434, 946 P2d 367 (1997) (citing *State v. O'Neill*, 274 Or 59, 545 P2d 97 (1976)), we agree that the record is insufficient and that the trial court erred.

Reversed.